CHARLOTTE W. WILKE et al., Appellants, *v.* ARTHUR W. BRITTON et al., Defendants, and HARVEY D. GIBSON et al., Defendants-Respondents.

Submitted November 15, 1943; decided November 24, 1943.

*Robert Levine* and *Harold Korzenik* for motion.
*Thomas Kiernan* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.